Justin O. Burton (6506)
Scott T. Blotter (6185)
**RULON T. BURTON & ASSOCIATES**
Attorney for Debtor(s)
6000 South Fashion Blvd.
Murray, Utah 84107
(801) 288-0202

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH

| In Re: | Ch 13 BK No.: 19-25325 |
|---|---|
| HENRY JEAN LEGENDRE and NOELLE C. LEGENDRE, | Hrg.: September 11, 2019 at 9:00 a.m. |
| DEBTOR(S) | Hon. Joel T. Marker |

### OBJECTION TO MOTION TO TERMINATE AUTOMATIC STAY FILED ON BEHALF OF WELLS FARGO BANK, N.A.

Henry Jean Legendre and Noelle C. Legendre (the "Debtors"), by and through counsel, Rulon T. Burton & Assoc., hereby object to the Motion for Relief from the Automatic Stay (hereafter, "Motion"), filed by Wells Fargo Bank, N.A., (hereafter, "Creditor"), on the grounds that any delinquency will be cured through an agreed Order between the parties.

THEREFORE, Debtors respectfully requests that this Court deny Creditor's Motion, as outlined herein.

DATED: August 28, 2019

_____
Justin O. Burton
*Attorney for Debtor(s)*
**Rulon T. Burton & Associates**

## MAILING CERTIFICATE

Under penalty of perjury, I hereby certify, that on ___August 28___, 2019, I caused to be delivered electronically via ECF and/or mailed, postage prepaid, or electronically filed, a true and correct copy of the **OBJECTION TO MOTION TO TERMINATE AUTOMATIC STAY FILED ON BEHALF OF WELLS FARGO BANK, N.A.** to the following: Lon A. Jenkins, Trustee, via ECF; Kent W. Plott, via ECF; Mark S. Middlemas, via ECF

Henry Jean Legendre & Noelle C. Legendre
13054 South Padstow Lane
Herriman, UT 84096

_____
Mailing Clerk